```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chad Bell,

           Plaintiff,

–v–

Schindler Elevator Corporation,

           Defendant.

20-cv-3036 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of discovery deadlines in the Court's December 23, 2020 Order (Dkt. No. 32), the case management conference scheduled for January 29, 2021, is adjourned to April 23, 2021, at 3:15 p.m.

SO ORDERED.

Dated: January 21, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge