USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chad Bell,

           Plaintiff,

–v–

Schindler Elevator Corporation,

           Defendant.

20-cv-3036 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of discovery deadlines in the Court's March 16, 2021 Order (Dkt. No. 36), the case management conference scheduled for April 23, 2021, is adjourned to August 27, 2021, at 3:15 p.m.

SO ORDERED.

Dated: April 20, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge