```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2143
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chad Bell,

              Plaintiff,

     –v–

Schindler Elevator Corporation,

              Defendant.

20-cv-3036 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Defendant and Cross-Defendant Kone Inc. moved for judgment on the pleadings on the claims and cross-claims against it.  On December 23, 2020, the Court entered a stipulation of voluntary dismissal signed by all parties dismissing all claims against Kone, including both the Plaintiff's claims and Cross-Claimant's cross-claims.  *See* Dkt. No. 33.  Kone's motion for judgment on the pleadings (Dkt. No. 22) and its letter motion for oral argument on that motion (Dkt. No. 29) are thus DENIED as moot.

      This resolves Docket Numbers 22 and 29.

SO ORDERED.

Dated: July 30, 2021
       New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge