UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chad Bell,

                Plaintiff,

   –v–

Kone Inc., et al,

                Defendant.

20-cv-3036 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/21

ALISON J. NATHAN, District Judge:

On May 26, 2021, this Court granted the parties' third joint request for an extension of discovery. Dkt. No. 39. Fact discovery ended on June 3, 2021, and expert discovery will end on September 25, 2021. The Court therefore adjourns the post-discovery status conference scheduled for August 27, 2021, to October 8, 2021, at 3:15 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

The parties shall, by August 27, 2021, meet and confer and submit a joint status letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed;

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: August 16, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge