```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bell,

            Plaintiff,

   –v–

Kone Inc., et al.,

            Defendants.

20-cv-3036 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to constraints on the Court's schedule, the conference scheduled for October 8, 2021, at 3:15 p.m. is rescheduled to 10:15 a.m.

SO ORDERED.

Dated: September 27, 2021
       New York, New York

                                    ALISON J. NATHAN
                             United States District Judge