


DATE FILED: 9/30/21

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800  F 973.436.5801

Catherine G. Bryan
Partner
Direct Dial 973.436.5708
CBryan@connellfoley.com

September 29, 2021

**VIA ELECTRONIC FILING**
Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Chad Bell v. Kone Inc. and Schindler Elevator Corporation
             Civil Action No. 20-cv-3036(AJN)

Dear Judge Nathan:

    We represent defendant, Schindler Elevator Corporation ("SEC"), in the above referenced matter. Please accept this letter as a joint submission on behalf of plaintiff and SEC regarding the status of mediation in accordance with Your Honor's August 27, 2021 Order.

    At this time, the SDNY Mediation Program's office has confirmed receipt of the mediation referral, but has not yet been able to assign a mediator to this case. Accordingly, there is no date yet for mediation. In light of this, if Your Honor is amenable, the parties respectfully request an adjournment of the October 8, 2021 status conference until after this case has completed mediation with the SDNY Mediation Program.

SO ORDERED.

    We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

*Catherine S. Bryan*

Catherine G. Bryan

*Alison J. Nathan* 9/30/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

cc:    Richard K. Hershman, Esq. (via ECF)

Roseland    Jersey City    Newark    New York    Cherry Hill    Philadelphia
www.connellfoley.com
6124270-1